IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>)<br>Plaintiff,      )<br>)<br>vs.      )<br>)<br>MARLON WHITE EYES,      )<br>)<br>Defendant.      ) | 8:07CR180<br><br>ORDER |

This matter is before the court on defendant's motion for additional time to file pretrial motions [20]. For good cause shown, the court finds that the requested extension should be granted.

**IT IS ORDERED** that the motion [20] is granted, as follows:

1. The deadline for filing pretrial motions is extended to **July 11, 2007**.

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **June 27, 2007 and July 11, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED June 28, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**