# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR180 |
| | ) | |
| MARLON WHITE EYES, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion to Review Order Setting Conditions of Release [15].   A Consent to Modify [30] was filed on July 31, 2007 granted defendant's request.   For that reason, the  Motion to Review Order Setting Conditions of Release [15] shall be deemed granted.

IT IS SO ORDERED.

DATED this 1st day of August, 2007.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge